# SUPREME COURT OF HAWAI'I

State v. Sanney .................................... SCWC–12– 08/12/2014 Vacated and
0000654 Remanded